JS 44 (Rev. 02 / )1 9

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

' 1  U.S. Government
    Plaintiff

' 3  Federal Question
    *(U.S. Government Not a Party)*

' 2  U.S. Government
    Defendant

' 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ' 1 | 1 | Incorporated or Principal Place of Business In This State | ' 4 | ' 4 |
| Citizen of Another State | ' 2 | 2 | Incorporated and Principal Place of Business In Another State | ' 5 | ' 5 |
| Citizen or Subject of a Foreign Country | ' 3 | 3 | Foreign Nation | ' 6 | ' 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ' 110 Insurance<br>' 120 Marine<br>' 130 Miller Act<br>' 140 Negotiable Instrument<br>' 150 Recovery of Overpayment & Enforcement of Judgment<br>' 151 Medicare Act<br>' 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>' 153 Recovery of Overpayment of Veteran's Benefits<br>' 160 Stockholders' Suits<br>' 190 Other Contract<br>' 195 Contract Product Liability<br>' 196 Franchise | **PERSONAL INJURY**<br>' 310 Airplane<br>' 315 Airplane Product Liability<br>' 320 Assault, Libel & Slander<br>' 330 Federal Employers' Liability<br>' 340 Marine<br>' 345 Marine Product Liability<br>' 350 Motor Vehicle<br>' 355 Motor Vehicle Product Liability<br>' 360 Other Personal Injury<br>' 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>' 365 Personal Injury - Product Liability<br>' 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>' 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>' 370 Other Fraud<br>' 371 Truth in Lending<br>' 380 Other Personal Property Damage<br>' 385 Property Damage Product Liability | ' 625 Drug Related Seizure of Property 21 USC 881<br>' 690 Other | ' 422 Appeal 28 USC 158<br>' 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>' 820 Copyrights<br>' 830 Patent<br>' 835 Patent - Abbreviated New Drug Application<br>' 840 Trademark | ' 375 False Claims Act<br>' 376 Qui Tam (31 USC 3729(a))<br>' 400 State Reapportionment<br>' 410 Antitrust<br>' 430 Banks and Banking<br>' 450 Commerce<br>' 460 Deportation<br>' 470 Racketeer Influenced and Corrupt Organizations<br>' 480 Consumer Credit<br>' 485 Telephone Consumer Protection Act<br>' 490 Cable/Sat TV<br>' 850 Securities/Commodities/ Exchange<br>' 890 Other Statutory Actions<br>' 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR**<br>' 710 Fair Labor Standards Act<br>' 720 Labor/Management Relations<br>' 740 Railway Labor Act<br>' 751 Family and Medical Leave Act<br>' 790 Other Labor Litigation<br>' 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>' 861 HIA (1395ff)<br>' 862 Black Lung (923)<br>' 863 DIWC/DIWW (405(g))<br>' 864 SSID Title XVI<br>' 865 RSI (405(g)) | ' 893 Environmental Matters<br>' 895 Freedom of Information Act<br>' 896 Arbitration<br>' 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>' 950 Constitutionality of State Statutes |
| ' 210 Land Condemnation<br>' 220 Foreclosure<br>' 230 Rent Lease & Ejectment<br>' 240 Torts to Land<br>' 245 Tort Product Liability<br>' 290 All Other Real Property | ' 440 Other Civil Rights<br>' 441 Voting<br>' 442 Employment<br>' 443 Housing/ Accommodations<br>' 445 Amer. w/Disabilities - Employment<br>' 446 Amer. w/Disabilities - Other<br>' 448 Education | **Habeas Corpus:**<br>' 463 Alien Detainee<br>' 510 Motions to Vacate Sentence<br>' 530 General<br>' 535 Death Penalty<br>**Other:**<br>' 540 Mandamus & Other<br>' 550 Civil Rights<br>' 555 Prison Condition<br>' 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS**<br>' 870 Taxes (U.S. Plaintiff or Defendant)<br>' 871 IRS—Third Party 26 USC 7609<br>**IMMIGRATION**<br>' 462 Naturalization Application<br>' 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

' 1  Original
    Proceeding

' 2  Removed from
    State Court

' 3  Remanded from
    Appellate Court

' 4  Reinstated or
    Reopened

' 5  Transferred from
    Another District
    *(specify)*

' 6  Multidistrict
    Litigation -
    Transfer

' 8  Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

' CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ' Yes   ' No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____