**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| L.J., a minor, by and through his next friend and Mother, CETERA JONES; and CETERA JONES, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| MEMPHIS-SHELBY COUNTY SCHOOLS; BRYANT PARKER, School Resource Officer, in his individual capacity; NEKIA PATTON, in her individual capacity; RHONDA MITCHELL, in her individual capacity; and JOHN/JANE DOES 1–10, | ) ) ) ) ) ) ) ) | No. 2:25-cv-03070-SHL-tmp |
| Defendants. | ) ) ) | |

**ORDER GRANTING CONSENT MOTION TO EXTEND MEDIATION DEADLINE
FROM JULY 2 TO JULY 31**

Before the Court is Defendant Memphis-Shelby County Schools' Consent Motion to Extend Mediation Deadline from July 2 to July 31, filed June 17, 2026.  (ECF No. 40.)  In accordance with the July 2 ADR deadline, the Parties had secured a June 18 mediation with mediator Janice Holder.  (Id. at PageID 285.)  In the mediator's engagement letter, she "requested a confidential pre-mediation statement . . . by close of business June 11" and "reserved the right to reschedule the mediation" if the statements were submitted late.  (Id. at PageID 285–86.)  Every party—except Defendant Bryant Parker—missed the deadline to file their mediation statement.  (Id. at PageID 286.)  Thus, on June 17, "the mediator chose to cancel the June 18 mediation and requested the parties select another date for mediation."  (Id.)  The Parties have rescheduled the mediation for July 31.  (Id.)  All Parties consent to the Motion.  (Id. at PageID 287.)

Reluctantly, the Court finds good cause to grant the Motion.  The Parties are warned to carefully read and comply with all requirements of the mediator and the Court going forward. No further extensions will be granted.

**IT IS SO ORDERED,** this 18th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE