UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

| Case number: 2:25-dv-03070 | Case title: L.J., a minor, et al. v. Memphis-Shelby County Schools, et al |
|---|---|
| Plaintiff counsel: Janet Goode | |
| Defendant counsel: Kavita Shelat, Esq., Deborah Godwin, Esq.,, Mandie Berrocal, Esq. | |
| Presiding Judge: Hon. Sheryl H. Lipman | Mediator: Janice M. Holder |

I, _____Janice M. Holder_____, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __July 31, 2026__.

As a result of that mediation held on __July 31, 2026__.

☐ The case has settled in whole.

☐ Case settled prior to scheduling first mediation session.

☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☑ The case has not settled.

☐ Mediation will continue on _____.

☒ The parties may schedule another session at a later date.

☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Janet Goode, Esq., Kavita Shelat, Esq., Deborah Godwin, Esq., Mandie Berrocal, Esq. | |
|---|---|
| Date July 31, 2026 | Electronic signature of Mediator: s/ *Janice M. Holder* |