**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| L.J., a minor, by and through his next friend and Mother, CETERA JONES; and CETERA JONES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MEMPHIS-SHELBY COUNTY SCHOOLS; BRYANT PARKER, School Resource Officer, in his individual capacity; NEKIA PATTON, in her individual capacity; RHONDA MITCHELL, in her individual capacity; and JOHN/JANE DOES 1–10,<br><br>Defendants. | No. 2:25-cv-03070-SHL-tmp |

**ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER BY SEPTEMBER 18, 2026**

Before the Court is Plaintiffs' Motion for Protective Order Regarding the Noticed Deposition of Minor Plaintiff L.J., filed September 11, 2026. (ECF No. 49.) Plaintiffs seek guidance from the Court as to the scope and manner of the deposition, which is scheduled for September 24. (Id. at PageID 316.) The MSCS Defendants and Plaintiffs have proposed special conditions for L.J.'s deposition, but some dispute remains as to the time allocations, manner of breaks, presence of some parties, location of the deposition, among other things. (ECF No. 49 at PageID 318–19; ECF No. 48.)

The Local Rules provide that Defendants shall respond within fourteen days after service of the Motion. L.R. 7.2(a)(2). However, the deposition is scheduled to take place before the fourteen-day timeline expires. As such, the Court **ORDERS** all Defendants to respond to

Plaintiffs' Motion by **FRIDAY, SEPTEMBER 18, 2026**, so the Court can rule on the Motion prior to the scheduled deposition.

**IT IS SO ORDERED,** this 15th day of September, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE