**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| L.J., a minor, by and through his next friend and Mother, CETERA JONES; and CETERA JONES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MEMPHIS-SHELBY COUNTY SCHOOLS; BRYANT PARKER, School Resource Officer, in his individual capacity; NEKIA PATTON, in her individual capacity; RHONDA MITCHELL, in her individual capacity; and JOHN/JANE DOES 1–10,<br><br>Defendants. | No. 2:25-cv-03070-SHL-tmp |

**ORDER REQUIRING PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**

Before the Court is Plaintiffs' Motion to Extend Expert Disclosure Deadlines, filed October 16, 2026. (ECF No. 55.) Defendant Memphis Shelby County Schools responded in opposition on October 23, and Defendant Bryant Parker joined MSCS' Response in Opposition the same day. (ECF Nos. 56, 58.)

In their Motion, Plaintiffs seek an extension of the deadline to disclose their Rule 26 expert information, by fourteen days, from October 16 to October 30. Plaintiffs contend they have good cause under Federal Rule of Civil Procedure 6(b)(1)(A) because, despite Plaintiffs' diligence, "near the eve of the deadline" MSCS produced "more than 2,200 pages of documents and at least four videos that bear on the issues in this case." (ECF No. 55 at PageID 389.) However, Defendants respond that Plaintiffs' Motion is moot because Plaintiffs disclosed their expert on October 16, and the "more than 2,200 pages" produced by Defendant are not relevant

to this case, but are relevant to another case between the Parties. (ECF No. 56 at PageID 394–95.)

Plaintiffs are **ORDERED** to file a Reply to explain why their Motion to Extend is not mooted by their October 16 expert disclosure, and why the 2,200 pages of documents are relevant to this case. Plaintiffs' Reply **SHALL NOT** exceed five pages and **SHALL** be filed by **OCTOBER 30, 2026**.

**IT IS SO ORDERED,** this 27th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE